# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CORNELIUS CAMON,** | |
| Petitioner, | Case No. 7:03-CR-16 (HL) |
| v. | Civil Action No. 7:13-CV-90174 (HL) |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

# ORDER

This case is before the Court on the United States' Motion to Dismiss or, in the alternative, to Stay Cornelius Camon's 28 U.S.C. § 2255 Motions (Doc. 98). The Court denies the request to dismiss the motions at this time, but will stay consideration of both pending § 2255 motions until Camon's appeal of his underlying conviction is final in the Eleventh Circuit.

**SO ORDERED,** this 31st day of October, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh